IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| NICHOLAS HUFFMAN, § § | |
| Plaintiff § § | Case No. 1:16-cv-1456 |
| -v- § § | HON. ROBERT J. JONKER |
| FOSTER, SWIFT, COLLINS § & SMITH, P.C. § § | |
| Defendant. § | |

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by the parties and/or their respective counsel that the above captioned matter is voluntarily dismissed, with prejudice against the defendant pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

\_\_\_/s/_____
Jeffrey D. Mapes, Attorney for Plaintiff
Jeffrey D. Mapes, PLC
29 Pearl St. NW, Ste. 305
Grand Rapids, MI 49503
(616) 719-3847

Dated:\_\_7/28/17_____

\_\_/s/_____
Scott Storey, Attorney for Defendant
Foster Swift Collins & Smith P.C.
313 S. Washington Square
Lansing, MI 48933-2114
(248) 352-4340

Dated: \_\_7/28/17\_\_\_\_\_